```
                         United States Bankruptcy Court
                               District of Oregon
In re:                                                          Case No. 18-63051-tmr
George Rodrigues, Jr.                                           Chapter 7
Melinda Patricia Rodrigues
        Debtors                     CERTIFICATE OF NOTICE
District/off: 0979-6          User: Admin.              Page 1 of 2             Date Rcvd: Oct 03, 2018
                              Form ID: 309A             Total Noticed: 74

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 05, 2018.
db/jdb         +George Rodrigues, Jr.,    Melinda Patricia Rodrigues,    27286 Orchard Rd.,
                 Junction City, OR 97448-8506
smg            +Dept of Justice,    Division of Child Support,    Attn: Bankruptcy Unit,    POB 14670,
                 Salem, OR 97309-5013
smg            +US Attorney General,    Department of Justice,    10th & Constitution NW,
                 Washington, DC 20530-0001
101769037      +BYL Collection Services,    301 Lacey St.,    West Chester, PA 19382-3727
101769038     ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,    DALLAS TX 75234-7262
               (address filed with court:   Caine & Weiner,    P.O. Box 5010,    Woodland Hills, CA 91365)
101769040      +Check City,    Dept. #10859,    P.O. Box 1259,   Oaks, PA 19456-1259
101769043       Credit Control Corp.,    P.O. Box 120570,    Newport News, VA 23612-0570
101769044       Direct Merchants Bank Payment Center,    P.O. Box 60136,    CA 91760-0136
101769046      +Dr. Caviale, MD, P.C.,    201 E. Orangeburg, Suite F,    Modesto, CA 95350-5355
101769047      +Dr. Guwndy, MD,    Sacred Heat Medical Center,    1255 Hilyard St.,    Eugene, OR 97401-7480
101769048       Dr. William P. Maier, MD,    Rheumatology,    633 E. 11th Ave.,    Eugene, OR 97401-3602
101769049       Eugene Emergency Physicians,    P.O. Box 4078,    Portland, OR 97208-4078
101769051       First Physicans Choice,    P.O. Box 9484,    Los Angeles, CA 90074-8623
101769052      +Geico,    One Geico Center,    Macon, GA 31296-0001
101769055      +James Linville, DDS,    579 4th Ave.,    Gustine, CA 95322-1143
101769057      +King Express Recovery Service,    P.O. Box 26415,    Salt Lake City, UT 84126-0415
101769059      +Las Vegas Foot and Ankle Center,    2649 W. Horizon Ridge Pkwy,    Henderson, NV 89052-4801
101769061       Merchants Credit Association,    P.O. Box 505,    Linden, MI 48451-0505
101769065      +Moneytree, Inc.,    890 South Boulder Hwy.,    Henderson, NV 89015-7502
101769066       Monroe & Main,    P.O. Box 2839,    Clinton, WI 53666
101769067      +Newman Water,    P.O. Box 787,    Newman, CA 95360-0787
101769068      +North American Recovery,    P.O. Box 271014,    Salt Lake City, UT 84127-1014
101769069       Northwest Anesthesia Physicians P.C.,    P.O. Box 7247,    Springfield, OR 97475-0011
101769071      +OAC Radiology,    P.O. Box 371100,    Milwaukee, WI 53237-2200
101769072       Oregon Imaging Center,    P.O. Box 25,    Eugene, OR 97440-0025
101769073       Oregon Imaging Centers,    P.O. Box 25,    Eugene, OR 97440-0025
101769074      +Oregon Podiatry Clinic,    2201 Willamette St., D.,    Eugene, OR 97405-3091
101769087     ++PROFESSIONAL RECOVERY CONSULTANTS INC,    2700 MERIDIAN PARKWAY,    SUITE 200,
                 DURHAM NC 27713-2450
               (address filed with court:   Professional Recovery Consultants,
                 2700 Meridian Parkway, Suite 200,    Durham, NC 27713-2204)
101769076       Pathology Associates,    P.O. Box 40580,    Eugene, OR 97404-0091
101769077       Pathology Consultants, PC,    P.O. Box 72059,    Springfield, OR 97475-0285
101769079      +PeaceHealth,    P.O. Box 748632,    Los Angeles, CA 90074-8632
101769080       PeaceHealth,    P.O. Box 1768,    Vancouver, WA 98668-1768
101769078      +PeaceHealth,    P.O. Box 1600,    Vancouver, WA 98668-1600
101769084      +Princess House,    470 Myles Standish Blvd.,    Taunton, MA 02780-7369
101769085      +Prithui Shankarm, MD, Inc.,    400 E, Orangeburg Ave., Ste. 3,    Modesto, CA 95350-5365
101769088      +Quest Diagnostic,    1003 Medford Center,    Medford, OR 97504-6769
101769089       Radiology Associates, P.C.,    P.O. Box 53,    Eugene, OR 97440-0053
101769090      +Right Size Funding/Nevada West Financial,    P.O. Box 94743,    Las Vegas, NV 89193-4743
101769093      +SYNB/QVC,    P.O. Box 965005,    Orlando, FL 32896-5005
101769091       Sears Credit Cards/Walmart,    P.O. Box 78051,    Phoenix, AZ 85062-8051
101769092      +Stellar Recovery,    P.O. Box 48370,    Jacksonville, FL 32247-8370
101769094      +The CBE Group, Inc.,    131 Tower Park, DRI P.O. Box 900,    Waterloo, IA 50704-0900
101769095       The Hand Clinic, LLC,    743 Country Clun Rd.,    Eugene, OR 97401-6019
101769096      +Tracy Federal/Valley First Credit Union,    P.O. Box 31279,    Tampa, FL 33631-3279
101769099      +USAA Auto Insurance,    9800 Fredrickburg,    San Antonio, TX 78288-0002
101769098      +University Medical Ctr. Southern Nevada,    2001 Ramrod Ave.,    Henderson, NV 89014-2378
101769101       Verizon/EOS CCA,    700 Norwell,    Norwell, MA 02061

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: jsluckey@aol.com Oct 04 2018 02:01:30      JOYCE SOBEL,    451 W Broadway #17,
                 Eugene, OR  97401
tr             +EDI: QVPANCIC.COM Oct 04 2018 05:43:00      Vanesa Pancic,    Chapter 7 Trustee,    POB 280,
                 Wilsonville, OR 97070-0280
smg             EDI: ORREV.COM Oct 04 2018 05:43:00      ODR Bkcy,    955 Center NE #353,    Salem, OR 97301-2555
smg            +E-mail/Text: usaor.bankruptcy@usdoj.gov Oct 04 2018 02:02:28     US Attorney,    US Attorney,
                 1000 SW 3rd Ave #600,    Portland, OR 97204-2936
ust            +E-mail/Text: ustpregion18.eg.ecf@usdoj.gov Oct 04 2018 02:01:55     US Trustee, Eugene,
                 405 E 8th Ave #1100,    Eugene, OR 97401-2728
101769039      +EDI: CAPITALONE.COM Oct 04 2018 05:43:00      Capital One Bank USA, NA,    P.O. Box 30281,
                 Salt Lake City, UT 84130-0281
101769041       E-mail/Text: CCICollectionsGlobalForms@cox.com Oct 04 2018 02:02:16      Cox Communications LV,
                 P.O. Box 79175,    Phoenix, AZ 85062-9175
101769042      +EDI: CCS.COM Oct 04 2018 05:43:00      Credit Collection Services,    Two Wells Ave.,
                 Newton Center, MA 02459-3246
101769045       EDI: DCI.COM Oct 04 2018 05:43:00      Diversified Consultants, Inc.,    P.O. Box 551268,
                 Jacksonville, FL 32255-1268
```

Case 18-63051-tmr7    Doc 9    Filed 10/05/18

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
101769050        E-mail/Text: bankruptcy@fncbinc.com Oct 04 2018 02:01:35     First National Collection Bureau,
                 610 Waltham Way,    Sparks, NV 89434
101769053       +E-mail/Text: goldenstatecollectionsllc@yahoo.com Oct 04 2018 02:02:06
                 Golden State Collections,    111 D'Arcy Parkway,    Lathrop, CA 95330-9220
101769054        EDI: IRS.COM Oct 04 2018 05:43:00      IRS,   Centralized Insolvency Operation,   P.O. Box 7346,
                 Philadelphia, PA 19101-7346
101769056        EDI: JEFFERSONCAP.COM Oct 04 2018 05:43:00      Jefferson Capital System,   16 McLeland Rd.,
                 Saint Cloud, MN 56303
101769058       +EDI: CBSKOHLS.COM Oct 04 2018 05:43:00      Kohls Department Store,   P.O. Box 3115,
                 Milwaukee, WI 53201-3115
101769060       +EDI: MID8.COM Oct 04 2018 05:43:00      MCM Midland Credit Management, Inc.,
                 8875 Aero Dr., Suite 200,    San Diego, CA 92123-2255
101769062       +Fax: 866-693-7292 Oct 04 2018 02:39:58      Metlife Auto & Home,   P.O. Box 41753,
                 Philadelphia, PA 19101-1753
101769064        EDI: MID8.COM Oct 04 2018 05:43:00      Midland Funding, LLC,    8875 Aero Dr., Ste. 200,
                 San Diego, CA 92123-2255
101769063       +EDI: MID8.COM Oct 04 2018 05:43:00      Midland Funding, LLC,    2365 Northside Dr., Ste. 300,
                 San Diego, CA 92108-2709
101769070       +E-mail/Text: _DLBankruptcyDept@nvenergy.com Oct 04 2018 02:02:39     NV Energy,   PO Box 30150,
                 Reno, NV 89520-3150
101769083        EDI: PRA.COM Oct 04 2018 05:43:00      Portfolio Recovery Associates, LLC,   120 Corporate Blvd.,
                 Norfolk, VA 23502
101769075       +E-mail/Text: PGEBankruptcy@pge.com Oct 04 2018 02:02:32
                 Pacific Gas & Electric Bankruptcy Unit,    P.O. Box 8329,    Stockton, CA 95208-0329
101769082        E-mail/Text: vcrockett@plusfourinc.com Oct 04 2018 02:02:49     Plus Four, Inc.,
                 P.O. Box 95846,    Las Vegas, NV 89193-5846
101769086        E-mail/Text: bknotices@professionalcredit.com Oct 04 2018 02:02:11
                 Professional Credit Service,    P.O. Box 7548,   Springfield, OR 97475-0039
101769097       +E-mail/Text: EBankruptcy@UCFS.NET Oct 04 2018 02:02:46     United Consumer Financial Service,
                 865 Bassett Rd.,    Westlake, OH 44145-1194
101769100        E-mail/Text: rgaalswyk@valleyfirstcu.org Oct 04 2018 02:02:47     Valley First Credit Union,
                 P.O. Box 1411,    Modesto, CA 95353-1411
101769102       +EDI: BLUESTEM Oct 04 2018 05:43:00      Webbank/Fingerhut,    6250 Ridgewood ROA,
                 Saint Cloud, MN 56303-0820
101769103        EDI: WFFC.COM Oct 04 2018 05:43:00      Wells Fargo Bank,    P.O. Box 5058,   MAC: P6053-021,
                 Portland, OR 97208-5058
                                                                                               TOTAL: 27

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
101769081*       PeaceHealth,    P.O. Box 748632,   Los Angeles, CA 90074-8632
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 3, 2018 at the address(es) listed below:
NONE.                                                                                        TOTAL: 0

| | Information to identify the case: | | |
|---|---|---|---|
| Debtor 1: | George Rodrigues Jr.<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–2029<br>EIN: _ _–_ _ _ _ _ _ _ | |
| Debtor 2:<br>(Spouse, if filing) | Melinda Patricia Rodrigues<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–5522<br>EIN: 80–0070651 | |
| United States Bankruptcy Court: District of Oregon | | Date case filed for chapter: 7   10/3/18 | |
| Case number: 18–63051–tmr7 | | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | George Rodrigues Jr. | Melinda Patricia Rodrigues |
| 2. | **All other names used in the last 8 years** | | fdba Princess House |
| 3. | **Address** | 27286 Orchard Rd.<br>Junction City, OR 97448 | 27286 Orchard Rd.<br>Junction City, OR 97448 |
| 4. | **Debtor's attorney**<br>Name and address | JOYCE SOBEL<br>451 W Broadway #17<br>Eugene, OR 97401 | Contact phone (541) 344–8085 |
| 5. | **Bankruptcy trustee**<br>Name and address | Vanesa Pancic<br>Chapter 7 Trustee<br>POB 280<br>Wilsonville, OR 97070 | Contact phone 503–729–8676 |

**For more information, see pages 2 & 3 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

Debtor **George Rodrigues Jr.** and **Melinda Patricia Rodrigues**   Case number **18–63051–tmr7**

| 6. | **Bankruptcy clerk's office** | 405 E 8th Ave #2600<br>Eugene, OR 97401 | Office Hours 9:00 a.m. – 4:30 p.m. |
|---|---|---|---|
| | Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | | Contact phone 541–431–4000<br><br>Date: 10/3/18 |
| 7. | **Meeting of creditors** | **October 29, 2018 at 4:00 PM** | Location: |
| | Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. Photo ID is required. Debtors must also provide proof of reported social security numbers (for example, social security card; medical insurance card; pay stub; W–2 form; IRS form 1099; or Social Security Admin.report). | **U.S. Trustee's Office, Room 1900, 405 E 8th Ave, Eugene, OR 97401** |
| 8. | **Presumption of abuse** | The presumption of abuse does not arise. | |
| | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | |
| 9. | **Deadlines** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline: 12/28/18** |
| | The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. See line 13 for other important deadlines. | **You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim** | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| | Please do not file a proof of claim unless you receive a notice to do so. | | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page **2**

| 13. | Notices Re Proposed Dismissal of Case/Undue Hardship Presumption; and Abandonment of Debtor's Residence (Real Property) | This case may be dismissed without further prior notice if the debtors fail to complete the meeting of creditors, timely file any documents, or make fee payments ordered by the Court, unless within 21 days of the date in line 6 a party in interest files a written objection to dismissal, setting forth specific grounds, with the Court and sends copies to the debtors' attorney (or debtors if pro se) and trustee.<br><br>Any presumption of undue hardship that may exist in a reaffirmation agreement filed by the debtors shall remain in effect until the effective date of any discharge order entered in this case unless a party in interest objects by **12/28/18**.<br><br>At least 5 days prior to the date of the meeting of creditors, any party in interest who objects to abandonment of the debtors' residence (real property) must file with the Court a written objection and serve a copy on the debtors and debtors' attorney. If no timely objection is filed, the trustee can abandon the property at or after the meeting of creditors upon request of the debtors or mortgage creditor without any further notice requirement. Mortgage creditors are authorized to negotiate a loan modification with a debtor either before or after the meeting of creditors, but any modification reached cannot become effective until the property is abandoned. Mortgage creditors may use the procedure outlined in LBF 751.7, available at www.orb.uscourts.gov, to obtain such abandonment. A creditor's contact with the debtors and/or debtors' attorney to effect a modification shall not be considered a violation of the automatic stay of 11 USC §362. Negotiations with represented debtors must be with debtors' counsel who may consent to the creditor communicating directly with the debtors. |
| --- | --- | --- |
| 14. | Trustee Appointment | The trustee named above is hereby appointed as interim trustee in this case. The trustee's bond shall be the blanket bond previously approved and filed with the U.S. Bankruptcy Court Clerk. UNITED STATES TRUSTEE |
| 15. | Court Information and Legal Advice | Court information is available at www.orb.uscourts.gov. For account numbers, etc. contact the debtor's attorney. Contact your own attorney with other questions and to protect your rights. The clerk's office staff is forbidden by law from giving legal advice. |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline** page **3**

Case 18-63051-tmr7    Doc 9    Filed 10/05/18